## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **BRITTNEY SHEDD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **NO. 3:24-cv-00047** |
| | ) | |
| **v.** | ) | **JUDGE CAMPBELL** |
| | ) | **MAGISTRATE JUDGE FRENSLEY** |
| **MURFREESBORO SOCIAL** | ) | |
| **SECURITY OFFICE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER

Defendants twice moved to dismiss the case for failure to effect service of process. (*See* Doc. Nos. 6 and 11). After the first motion, the Magistrate Judge granted Plaintiff additional time to effect service. (*See* Doc. No. 10). When Plaintiff failed to comply with the new deadline, Defendant filed a second motion to dismiss. (Doc. No. 11). Plaintiff still has not served Defendant and has not made any filings in the case since September 13, 2024. The Magistrate Judge now recommends the motion to dismiss be granted and this case dismissed without prejudice under Fed. R. Civ. P. 4(m). (*See* Report and Recommendation, Doc. No. 14). The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service. No objections have been filed.

The Court has reviewed the Report and Recommendation (Doc. No. 14) and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE